

September 23, 2014

<u>Via ECF</u>
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Zeeray LLC v. Reckitt Benckiser LLC,* 14-cv-3118-JPO

Dear Judge Oetken:

    We have noted a typographical error in the proposed order of September 18th (Dkt. 7). Attached hereto, as Exhibit A, is a Corrected Proposed Order for the Court's consideration.

    We apologize for any inconvenience and thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Lee A. Goldberg*

                Lee A. Goldberg

Enclosure (Proposed Order)

cc: Mark Lerner, Esq. attorney for Defendant (via email)
    Abraham J. Hakim of Zeeray LLC (via email)
    Abe S. Hakim of Zeeray LLC (via email)